1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | CHARLES ANTHONY BROOKS,          No. 2:16-cv-1421 KJN P

12  |         Petitioner,

13  |    v.                             ORDER

14  | SAVIS JAMES LOUKEDIS,

15  |         Respondent.

16

17       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

19       The application attacks a conviction issued by the San Mateo County Superior Court.

20  While both this court and the United States District Court in the district where petitioner was

21  convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any

22  and all witnesses and evidence necessary for the resolution of petitioner's application are more

23  readily available in San Mateo County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

24       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

25       1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

26  /////

27  /////

28  /////

1        2.  This matter is transferred to the United States District Court for the Northern District of California.

Dated:  July 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

broo1421.108